UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KYLE AHRENS, et al.,<br><br>　　　　　Plaintiff(s),<br>　v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>　　　　　Defendant(s). | CASE NO. C25-1244-KKE<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS CLAIMS WITH PREJUDICE AND WITHOUT AWARD OF FEES OR COSTS |

　　Pursuant to the stipulation of the parties, and having reviewed the files and records herein, it is hereby ORDERED that this action is hereby dismissed with prejudice and without fees or costs to any party.

　　Dated this 20th day of November, 2025.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION TO DISMISS CLAIMS WITH PREJUDICE AND WITHOUT AWARD OF FEES OR COSTS - 1